IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 20-19856 |
| Patricia A Campbell | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Judge Carol A. Doyle |

<u>MOTION TO EXTEND STAY</u>

NOW COMES the Debtor, Patricia A Campbell, by and through her attorneys, the law office of CUTLER & ASSOCIATES, LTD., and in support of her Motion, states as follows:

1) The Court has jurisdiction over the proceeding pursuant to 28 USC 1334 and the is a "core proceeding" under 28 USC 157(b)(2).

2) The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on November 6, 2020.

3) The Debtor proposed a plan that will repay 100% of the general unsecured creditors with a payment of $1,825.00 per month for 60 months.

4) The Debtor had a prior Chapter 13 case, which was dismissed on November 5, 2020 Case No: 18-24141, within a year of filing, due to the Trustees motion to dismiss for failure to make plan payments.

5) In the prior case, the Debtor lost her employment with Hobby Lobby in January of 2020 and her household income had decreased.

6) In the prior case, Debtor following her job loss in January of 2020, in March of 2020 her second employer shut its doors due to Covid 19 for several months and

she was unable to afford her living expenses and plan payments and fell behind on utilities.

7)   In the prior case, Debtor's vehicle needed repairs and she was using UBER to commute for daily essentials.

8)   In the prior case, Debtor with the little funds she had at her disposal needed to help her daughter who is away at college with rent expenses as her daughter was also struggling financially due to Covid 19.

9)   In the instant case, Debtor is back to work full time at TJ Maxx, her hours are consistent and her income is stable, she was given a small raise as well.

10)   In the instant case, Debtor obtained a second job, with World Market and this employment has helped establish her pre Covid 19 income.

11)   In the instant case, Debtor is caught up on her utility bills, except for one which has been included in her new chapter 13 filing.

12)   In the instant case, Debtor's vehicle is being repaired and she will not have to use UBER once her vehicle is repaired.

13)   In the instant case, Debtor no longer needs to help her daughter with her rent expense as she has been given a grant to assist during these trying times.

14)   In the instant case, Debtor has had a positive change in circumstances, her income is reestablished, she is back to work with two jobs, she was given a small raise, her hours are consistent, she is caught up on most past due utility bills aside from one and she has included that debt in her new chapter 13 filing, her vehicle is being repaired and once complete she will no longer have the UBER expense, she also no

longer is assisting her daughter with rent expenses and she can afford the Trustee plan payments in an affordable plan.

15) Debtor has provided this Honorable Court with an affidavit of change and income and expense schedules, see attached Affidavit and schedules I and J from her previous chapter 13 bankruptcy case, and the schedules I and J from her current chapter 13 bankruptcy case. See Affidavit and Exhibits A and B respectively.

WHEREFORE, the Debtor prays that the Honorable Court enter an Order Extending the Automatic Stay, and for such further relief that the Honorable Court may deem just and proper.

Dated:          11/24/2020                          Respectfully Submitted,

By:     */s/ David H. Cutler*
David H. Cutler, esq.,
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St,
Skokie, IL 60076
Phone: (847) 673-8600